UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-6420-SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CELLICIA HUNT,

    Defendant.
_____/

**ORDER GRANTING JOINT MOTION FOR DETERMINATION
OF MENTAL COMPETENCY**

THIS CAUSE having come before the Court on the Parties' joint ore tenus Motion[1] for a determination of mental competency to stand trial and the Court having considered the Motion and being otherwise fully advised, it is hereby

ORDERED AND ADJUDGED that:

1. The joint ore tenus Motion is granted.

2. Pursuant to 18 U.S.C. §§ 4241 and 4247, the Defendant, Cellicia Hunt, Register # 20473-104, is hereby committed to the custody of the Attorney General in order for her to be examined to determine her mental competency to stand trial. To the extent practicable, the examinations shall be conducted in the Southern District of Florida

---

[1] Attorney Gawane Grant entered a permanent notice of appearance prior to the pretrial detention hearing scheduled for September 9, 2019. ECF No. 4. At the outset of the hearing, Defendant requested that she be allowed to represent herself, while both Mr. Grant and AUSA Shockley asked that the Court order a competency evaluation. Based upon the joint request from the Government and defense counsel of record, coupled with the mental health issues documented in the pretrial services report and the nature of the charged offense, the undersigned concluded that a *Faretta* (self-representation) hearing would be premature prior to a determination regarding competency. Accordingly, Defendant is hereby temporarily committed for purposes of a competency determination only. Upon completion of the evaluation, she is entitled to a timely pretrial detention hearing and, if she still wishes to have one, a *Faretta* hearing.

at the Federal Detention Center–Miami by a licensed or certified psychiatrist or psychologist on staff at the Federal Detention Center–Miami.

3. The examiner designated to conduct the psychiatric or psychological examinations shall complete the examinations ***as expeditiously as possible*** and shall prepare a Report, to be filed with the Court no later than **thirty (30) days** from the date of this order, with copies provided to counsel for the Defendant and the attorney for the Government, and shall include:

   a. Defendant's history and present symptoms;

   b. a description of the psychiatric, psychological, and medical tests that were employed and their results;

   c. the examiner's findings; and

   d. the examiner's opinions as to diagnosis, prognosis, and whether Defendant is suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

4. The United States Marshal's Service shall transport Defendant from her current location to the Federal Detention Center–Miami, ***forthwith***.

5. The parties shall appear at a status conference regarding competency before the duty magistrate judge on October 9, 2019, at 11:00 am.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Copies provided to:

Counsel of Record
FDC-Miami
US Marshal's Service