UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cr-60259-Altonaga/Seltzer

18 U.S.C. § 844(f)(1)
26 U.S.C. § 5861(d)

UNITED STATES OF AMERICA

v.

CELLICIA LATOYA HUNT,

    Defendant.
_____/

FILED BY ___SP___ D.C.

Sep 17, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
(Maliciously Attempt to Damage a Federal Building by Fire)

On or about August 30, 2019, in Broward County, in the Southern District of Florida, the defendant,

**CELLICIA LATOYA HUNT,**

did maliciously attempt to damage by means of fire a building in whole and in part possessed by and leased to the United States Citizenship and Immigration Services, a department and agency of the United States, in violation of Title 18, United States Code, Section 844(f)(1).

## COUNT 2
(Possession of an Unregistered Firearm)

On or about August 30, 2019, in Broward County, in the Southern District of Florida, the defendant,

**CELLICIA LATOYA HUNT,**

did knowingly possess a firearm, that is, a destructive device, not registered to her in the National Firearms Registration and Transfer Record, knowing the specific characteristics and features of such destructive device that required that it be registered in the National Firearms Registration and Transfer Record, which specific characteristics and features included that it was an incendiary bomb including a breakable container, a flammable liquid, and a wick composed of a material which, when ignited, was capable of igniting such flammable liquid, and could be carried and thrown by one individual acting alone, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

A TRUE BILL

_____
FOREPERSON

J. VAGLIENTI
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

WILLIAM T. SHOCKLEY
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CELLICIA LATOYA HUNT,

                  **Defendant.**      /

CASE NO. 19-cr-60259-Altonaga/Seltzer

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New defendant(s)   Yes ___   No ___
Number of new defendants ___
Total number of counts ___

**Court Division:** (Select One)
- ___ Miami
- ✓ FTL
- ___ Key West
- ___ WPB
- ___ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  No
   List language and/or dialect  English

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days    ✓
   - II    6 to 10 days
   - III    11 to 20 days
   - IV    21 to 60 days
   - V    61 days and over

   (Check only one)
   - Petty
   - Minor
   - Misdem.
   - Felony    ✓

6. Has this case previously been filed in this District Court? (Yes or No)  No
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  Yes
   If yes: Magistrate Case No.  19-mj-06420-LSS
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of  August 30, 2019
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?  Yes ___  No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  Yes ___  No ✓

*William T. Shockley* (signature)
WILLIAM T. SHOCKLEY
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500088

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **CELLICIA LATOYA HUNT**

Case No: 19-cr-60259-Altonaga/Seltzer

**Counts 1:**

Maliciously Attempt to Damage a Building of the United States by Fire
Title 18, United States Code, Section 844(f)(1)

*Max. Penalty: Mandatory minimum term of imprisonment of not less than 5 years and a maximum of a 20-year term of imprisonment; $250,000 fine; and a term of supervised release not more than 3 years

**Counts 2:**

Possession of an Unregistered Destructive Device
Title 26, United States Code, Section 5861(d)

*Max. Penalty: Maximum term of imprisonment of not more than 10 years; $250,000 fine; and a term of supervised release not more than 3 years

\*\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.