UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60269-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**CELLICIA LATOYA HUNT**,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on Magistrate Judge Patrick M. Hunt's Order of Commitment for Psychiatric Evaluation and Treatment [ECF No. 19], entered on December 20, 2019. Accordingly, it is

**ORDERED AND ADJUDGED** that the Clerk is directed to mark this case **CLOSED** for administrative purposes. The time is excluded for speedy trial purposes from the date of the Order until the Defendant is found competent. The case will be reopened and the speedy trial will resume once the Defendant is found able to stand trial. Any party may request that the Court re-open the case and restore it to the active docket.

**DONE AND ORDERED** in Miami, Florida, this 20th day of December, 2019.

                                                */s/ Cecilia M. Altonaga*
                                                **CECILIA M. ALTONAGA**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record